# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2016

152253-4

DANIEL BERG,
      Plaintiff-Appellee,

v

NUNZIO MUNOZ, a/k/a NORBERTO MUNOZ,
and REBECCA BERG,
      Defendants-Appellants,
and

CATHERINE BERG,
      Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 152253-4
COA: 321162, 321645
Newaygo CC: 12-019815-NZ

_____/

On order of the Court, the application for leave to appeal the July 23, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J. I would reverse the judgment of the Court of Appeals and reinstate the circuit court judgments granting the defendants' motions for summary disposition and for sanctions.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2016



Clerk

t0316